Chere Faxed oye OL SID □□ ee □□ 

UNITED STATES DISTRICT COURT. 4 cement! MALL AL □□□□□ 
SOUTHERN DISTRICT OF NEW YORK oe pan 
LUIS A. VAZQUEZ-DIAZ, : 

 Petitioner, : ORDER 

UNITED STATES OF AMERICA, 21 CV 6757 (VB) 
 Respondent. : 
 ee ee ee eee ee ene enn XK 
 On October 29, 2021, plaintiff filed a motion requesting the Court to order unspecified 
“New York State facilities” to return “currency” he claims was “confiscated.” (Doc. #18). In an 
affidavit filed in support of his motion, plaintiff states that the confiscated money amounts to 
approximately $3,000 and was “returned to petitioner by Judge Hellerstein in 2003; but never 
placed in petitioner inmate[’s] account at” the Metropolitan Correctional Center, New York. 
(Doc, #19). 
 Because the Court does not have the authority to grant the relief requested in plaintiff's 
motion, the motion is DENIED. 
 The Clerk is instructed to terminate the motion. (Doc. #18). 
 The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order 
would not be taken in good faith, and therefore in forma pauperis status is denied for the 
purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962), 
 Chambers will mail a copy of this Order to plaintiff at the address on the docket. 
Dated: November 3, 2021 
 White Plains, NY 
 SO ul Veta 
 Vincent L. Briccetti 
 United States District Judge 

Luig A.V 2Q@G€2- 4461-089! 
 Pelidvone, : AFFIDAVET TN BUPAORT OF MOTEOD POR 
 77 MHASH : RETMBUPSE MET OF MOMEY 

 Sfales Or America : aiev-ers7Urs.) 
 VR eopondent □ 

T, Luis A.Vez2Quee-Did2, duly swlova, depose, ond Sodys: 
 Dmeke dais oppidowit in Support OF Pe didionen Modioa Por yeimbuyse mead OF □□□□□□ 
Qad states os Follows: 
 2-Thecaariscated money or F Booe dolldrs ,ovso, Was yelurn ed 13 eh H'enen by Judge 
Hetleasdeia tA 2003; bud Never piace in Pen hignea ia Mdte Seconda} Mec/Wy- □□□□ 

 3 Pedi bionen Ads rs money inkrs jrmote Sccount. □ 

 Y- Pehi Hane (swat hing por Ais monty inoyder 4s buy Coa) edscaWend) Jacks, 
 S: Petidvone 8u7Ge Aorge Ondidle Poy Rvom Lhe WNdte of wew yovk ROU des □□□□ 
he veimburse immediotely: S¥ute #G7--3354- 
 b- Pelkbrone bok dhwt Re velrer Aeweia sougad 4e gyoA fed Jus¢ oad PYO □□ 

T ond t penalty op Perdury that dhe esoins is dyue oad Covyect dothe bes ¢ op 
yw prow ledger 
 Ren petrvlly Sus milted 

 Ocdoder Zee Purp 0. Deve - Bung 
 CC: 

 N92 Wd 6z L9G Vane 
 494440 3S ANCS 
 “PALS 

Luis QUue2- Did2,9965I-o54, 
 Petitioner : MoTtow FOR RESMBURSEMENT OF MOWEY 
 -- OGdINS#* ‘ aI-ev- 6757 CLT) 
Unifed ststes OF ais. : . 
 R Njord 

 Heyedy Petitions move fhis Court 3s king aaid Court For the yelura oF il Cuwency 
Conpiscodted, Surge chee: Ord idle poy Promtde New York sfate pacili {feo □□□□□□ 
—Menbroned ta PUMA PORES, An Operdyud 6 attacked, 

 Respeeevily Sudmitted 
 asin @. U - Bag 
Doled: Octo we lh, 2021 

 CC: 

 NG: Hed Be 
 : AGdAO FS ONd ANAS 
 CES ABACRSM